**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

HARVEY LEE TURNER,

      Petitioner,

v.

SCOTT P. FISHER,

      Respondent.

Civil No. 12-2035 (JNE/SER)

**ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), be summarily **DISMISSED** for lack of jurisdiction.

Dated: October 24, 2012

                                          s/Joan N. Ericksen
                                          JOAN N. ERICKSEN
                                          United States District Judge